UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARON JOHNSON                                         CIVIL ACTION

VERSUS                                                NO: 10-1769

JAMES M. LEBLANC, ET AL.                              SECTION: R(4)

### ORDER

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations,[1] hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that Baron Johnson's section 1983 claim shall be DISMISSED WITHOUT PREJUDICE as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, unless Johnson amends his complaint within 20 days to set forth a cause of action that provides the defendants with sufficient notice of his claims.

New Orleans, Louisiana, this 1st day of June, 2011.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] (R. Doc. 25.)